UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1**

DENISE CARLON, ESQUIRE
KML LAW GROUP, P.C.
Sentry Office Plz
216 Haddon Ave.
Suite 406
Westmont, NJ 08018
dcarlon@kmllawgroup.com
Attorneys for Movant
Toyota Motor Credit Corporation

Order Filed on July 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| In Re: | Case No.:  18-20295 MBK |
|---|---|
| | Adv. No.: |
| Francis C. Potenza, Inga R. Potenza | Hearing Date:  7/10/18 @10:00 a.m. |
| | |
| Debtors. | Judge:  Michael B. Kaplan |

## ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**

**DATED: July 30, 2018**

Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtors: | Francis C. Potenza, Inga R. Potenza |
| Case No.: | 18-20295 MBK |
| Caption: | **ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, holder of a mortgage on real property 2007 TOYOTA 4RUNNER, VIN: JTEBU14R970107596, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Lee Martin Perlman, Esquire, attorney for Debtora, Francis C. Potenza and Inga R. Potenza, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the automatic stay as to a 2007 TOYOTA 4RUNNER, VIN: JTEBU14R970107596 is hereby vacated;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.