|  |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY |
| **Caption in Compliance with D.N.J. LBR 9004-1**<br><br>DENISE CARLON, ESQUIRE<br>KML LAW GROUP, P.C.<br>Sentry Office Plz<br>216 Haddon Ave.<br>Suite 406<br>Westmont, NJ 08018<br>dcarlon@kmllawgroup.com<br>Attorneys for Movant<br>Toyota Motor Credit Corporation |
| In Re:<br><br>Francis C. Potenza, Inga R. Potenza<br><br>Debtors. |

Order Filed on July 30, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.:  18-20295 MBK
Adv. No.:
Hearing Date:  7/10/18 @10:00 a.m.
Judge:  Michael B. Kaplan

# ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION

The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**

**DATED: July 30, 2018**

_Michael B. Kaplan_
Honorable Michael B. Kaplan
United States Bankruptcy Judge

Page 2

| | |
|---|---|
| Debtors: | Francis C. Potenza, Inga R. Potenza |
| Case No.: | 18-20295 MBK |
| Caption: | **ORDER GRANTING STAY RELIEF & RESOLVING OBJECTION TO CONFIRMATION** |

This matter having been brought before the Court by KML Law Group, P.C., attorneys for Secured Creditor, Toyota Motor Credit Corporation, holder of a mortgage on real property 2007 TOYOTA 4RUNNER, VIN: JTEBU14R970107596, Denise Carlon appearing, by way of objection to the confirmation of Debtor's Chapter 13 Plan, and this Court having considered the representations of attorneys for Secured Creditor and Lee Martin Perlman, Esquire, attorney for Debtora, Francis C. Potenza and Inga R. Potenza, and for good cause having been shown;

It **ORDERED, ADJUDGED and DECREED** that the automatic stay as to a 2007 TOYOTA 4RUNNER, VIN: JTEBU14R970107596 is hereby vacated;

It **ORDERED, ADJUDGED and DECREED** that Secured Creditor shall be permitted to use, sell, or exercise any other ownership rights with regard to the subject property;

It is **FURTHER ORDERED, ADJUDGED and DECREED** that Secured Creditor's objection to confirmation is hereby resolved.

United States Bankruptcy Court
District of New Jersey

In re:  
Francis C. Potenza  
Inga R. Potenza  
      Debtors

Case No. 18-20295-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 1     Date Rcvd: Jul 30, 2018  
                          Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2018.  
db/jdb         Francis C. Potenza,    Inga R. Potenza,    608 Riverside Ave,    Toms River, NJ   08757-1006

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                                                      TOTAL: 0

        ***** BYPASSED RECIPIENTS *****  
NONE.                                                                       TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2018                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2018 at the address(es) listed below:

           Albert    Russo    docs@russotrustee.com  
           Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation  
            dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation  
            kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com  
           Lee Martin Perlman    on behalf of Debtor Francis C. Potenza ecf@newjerseybankruptcy.com,  
            lmpcourt@gmail.com  
           Lee Martin Perlman    on behalf of Joint Debtor Inga R. Potenza ecf@newjerseybankruptcy.com,  
            lmpcourt@gmail.com  
           U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

                                                                                                                TOTAL: 6