Form 186 – ntc13plnprior

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−20295−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francis C. Potenza
608 Riverside Ave
Toms River, NJ 08757−1006

Inga R. Potenza
aka Inga Krifchin
608 Riverside Ave
Toms River, NJ 08757−1006

Social Security No.:
   xxx−xx−6786                                          xxx−xx−5064

Employer's Tax I.D. No.:

## NOTICE OF MODIFICATION OF CHAPTER 13 PLAN PRIOR TO CONFIRMATION; FIXING TIMES TO REJECT PLAN, COMBINED WITH NOTICE THEREOF

A Plan was filed in this matter on May 22, 2018 and a confirmation hearing on such Plan has been scheduled for October 9, 2018.

The debtor filed a Modified Plan on September 18, 2018 and a confirmation hearing on the Modified Plan is scheduled for October 23, 2018 @ 10:00. Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing of the modified plan is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secured claim, such holder's acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holder's acceptance or rejection of the Plan within the time fixed.

3. The filing of a Modified Plan does not automatically adjourn the existing Confirmation hearing. Unless the Confirmation hearing is adjourned by the Trustee or the Court, the Court will hear arguments in support of the original plan on the scheduled Confirmation date, consider the reasons for filing the modified plan, and either adjourn the hearing date, confirm the plan, dismiss or convert the case, or take any other action on the original plan deemed appropriate.

   A full copy of the modified Plan will follow this notice.

Dated: September 19, 2018
JAN: wdr

Jeanne Naughton
Clerk

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                      Case No. 18-20295-MBK
Francis C. Potenza                                                          Chapter 13
Inga R. Potenza
         Debtors                       CERTIFICATE OF NOTICE
District/off: 0312-3           User: admin                  Page 1 of 3                  Date Rcvd: Sep 19, 2018
                               Form ID: 186                 Total Noticed: 67


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db/jdb         Francis C. Potenza,    Inga R. Potenza,    608 Riverside Ave,    Toms River, NJ   08757-1006
517544472     +A-1 Collections Svc,    101 Grovers Mill Rd Ste,    Lawrenceville, NJ 08648-4706
517544473      Acupath Laboratories,    28 S Terminal Dr,   Plainview, NY 11803-2309
517544474      Allaire Foot & Ankle,    2211 Route 88 E,   Brick, NJ 08724-3271
517544477      Apex Asset Management,    PO Box 5407,   Lancaster, PA 17606-5407
517544478     +Banfield Pet Hospital,    1331 Nixon Dr,   Moorestown, NJ 08057-3249
517544479      Barclays Bank Delaware,    Attn: Bankruptcy,    PO Box 8801,    Wilmington, DE 19899-8801
517544480      Burlington Laboratories Inc,    199 Main St,   Burlington, VT 05401-8309
517544481     +Cap1/bstby,   50 Northwest Point Road,    Elk Grove Village, IL 60007-1032
517544483     +Citibank/Best Buy,    Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
517544488     +Dsnb Macys,   9111 Duke Blvd,    Mason, OH 45040-8999
517544489    #+Eastern Account System,    75 Glen Rd Ste 110,    Sandy Hook, CT 06482-1175
517544495      Genoscientific LLC,    5755 Hoover Blvd,   Tampa, FL 33634-5340
517544496      Hamilton Surgery Center, LLC,    1445 Whitehorse Mercerville Rd Ste 101,
                 Trenton, NJ 08619-3834
517544498      Hilltop Nursery School,    1917 Rt 37 W,   Toms River, NJ 08757-2374
517544499     +IC System,   PO Box 64378,    Saint Paul, MN 55164-0378
517544501      Laboratory Corporation Of America,    PO Box 2240,    Burlington, NC 27216-2240
517544504     +Mark J. Schwitz, D.D.S.,    4687 Highway 9 North,    Howell, NJ 07731-3384
517544505      Medical Radiology Group,    PO Box 11268,   Lancaster, PA 17605-1268
517544507      Quest Diagnostics,    PO Box 740775,   Cincinnati, OH 45274-0775
517598597     +SANTANDER CONSUMER USA,    P.O. Box 560284,    Dallas, TX 75356-0284
517544514    ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                 TRENTON NJ 08646-0245
               (address filed with court: State of New Jersey,     PO Box 283,    Trenton, NJ 08602)
517544508     +Santander Consumer USA,    Po Box 961245,   Fort Worth, TX 76161-0244
517544509     +Schachter Portnoy, LLC,    3490 US Route 1,    Princeton, NJ 08540-5920
517544511      Shore Imaging PC,    1166 River Ave Ste 102,   Lakewood, NJ 08701-5600
517544512     +Slomins Inc.,   125 Lauman Ln,    Hicksville, NY 11801-6539
517544513      Sprinklers Sales & Service,    PO Box 65,   Lakehurst, NJ 08733-0065
517544515      Susskind & Almallah Eye Associates,    20 Mule Rd,    Toms River, NJ 08755-5028
517544519    ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Motor Credit Co,     Toyota Financial Services,    PO Box 8026,
                 Cedar Rapids, IA 52408-8026)
517544518     +Td Bank Usa/targetcred,    Po Box 673,   Minneapolis, MN 55440-0673
517588442     +Toyota Motor Credit Corporation,    PO Box 9013,    Addison, Texas 75001-9013
517544520      Trenton Anesthesiology Associates PA,    416 Bellevue Ave,    Trenton, NJ 08618-4513
517544521      Urology Care Alliance,    Formerly University Urology Assoc Of NJ,
                 3131 Princeton Pike PK Bldg 4 Ste212,    Lawrenceville, NJ 08648-2201
517544524     +Visa Dept Store National Bank,    Attn: Bankruptcy,    Po Box 8053,    Mason, OH 45040-8053
517544525      Wachovia Mortgage/world Savings And Loan,    Attn: Bankruptcy Dept.(T7419-015),    PO Box 659558,
                 San Antonio, TX 78265-9558
517588526      Wells Fargo Bank, N.A.,    Default Document Processing,    N9286-01Y,    1000 Blue Gentian Road,
                 Eagan, MN 55121-7700
517663843      eCAST Settlement Corporation,    PO Box 29262,    New York NY 10087-9262

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            E-mail/Text: usanj.njbankr@usdoj.gov Sep 20 2018 00:13:58     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Sep 20 2018 00:13:55     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517544476      E-mail/Text: bkrpt@retrievalmasters.com Sep 20 2018 00:13:54     AMCA,    PO Box 1235,
                 Elmsford, NY 10523-0935
517544475      E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2018 00:12:58     Ally Financial,
                 Attn: Bankruptcy Dept,    PO Box 130424,    Roseville, MN 55113-0004
517651272      E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2018 00:19:44
                 Ashley Funding Services, LLC its successors and,    assigns as assignee of Laboratory,
                 Corporation of America Holdings,    Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
517544482     +E-mail/Text: bankruptcy@cavps.com Sep 20 2018 00:14:18     Cavalry Portfolio Serv,
                 Po Box 27288,    Tempe, AZ 85285-7288
517664755     +E-mail/Text: bncmail@w-legal.com Sep 20 2018 00:14:09     Cerastes, LLC,
                 C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517544484      E-mail/Text: ned-collections_bankruptcydocuments@comcast.com Sep 20 2018 00:14:36
                 Comcast Bankruptcy Department,    Attn: Jackie Gaynor,    401 White Horse Rd Ste 2,
                 Voorhees, NJ 08043-2604
517544485      E-mail/Text: ebn@rwjbh.org Sep 20 2018 00:14:28     Community Medical Center,    PO Box 29969,
                 New York, NY 10087-9969
517544486     +E-mail/Text: bankruptcy@consumerportfolio.com Sep 20 2018 00:14:10     Consumer Portfolio Svc,
                 Attn: Bankruptcy,    PO Box 57071,    Irvine, CA 92619-7071
517544487     +E-mail/PDF: creditonebknotifications@resurgent.com Sep 20 2018 00:19:42     Credit One Bank,
                 PO Box 98872,    Las Vegas, NV 89193-8872
```

```
District/off: 0312-3           User: admin                 Page 2 of 3                   Date Rcvd: Sep 19, 2018
                               Form ID: 186                Total Noticed: 67
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
517544490       E-mail/Text: bnc-bluestem@quantum3group.com Sep 20 2018 00:14:43      Fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
517544491       E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:19:28      Ge Capital,   PO Box 960061,
                 Orlando, FL 32896-0061
517544492       E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:19:28      Gecrb/ Old Navy,
                 Attention: GEMB,    PO Box 103104,    Roswell, GA 30076-9104
517544493       E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:19:28      Gecrb/jc Penny,
                 Attention: Bankruptcy,     PO Box 103104,    Roswell, GA 30076-9104
517544494       E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:19:28      Gemb/walmart,   Attn: Bankruptcy,
                 PO Box 103104,    Roswell, GA 30076-9104
517544500       E-mail/Text: cio.bncmail@irs.gov Sep 20 2018 00:13:11      Internal Revenue Service,
                 PO Box 21126,   Philadelphia, PA 19114-0326
517662061       E-mail/PDF: resurgentbknotifications@resurgent.com Sep 20 2018 00:20:16
                 LVNV Funding, LLC its successors and assigns as,    assignee of MHC Receivables, LLC and,
                 FNBM, LLC,    Resurgent Capital Services,   PO Box 10587,    Greenville, SC 29603-0587
517544506      +E-mail/Text: bankruptcydpt@mcmcg.com Sep 20 2018 00:13:54      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
517673201       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2018 00:20:08
                 Portfolio Recovery Associates, LLC,    c/o Old Navy,   POB 41067,    Norfolk VA 23541
517673208       E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2018 00:19:39
                 Portfolio Recovery Associates, LLC,    c/o Walmart Credit Card,    POB 41067,   Norfolk VA 23541
517615649       E-mail/Text: bnc-quantum@quantum3group.com Sep 20 2018 00:13:48
                 Quantum3 Group LLC as agent for,    Sadino Funding LLC,    PO Box 788,
                 Kirkland, WA  98083-0788
517616507       E-mail/Text: bnc-quantum@quantum3group.com Sep 20 2018 00:13:48
                 Quantum3 Group LLC as agent for,    MOMA Funding LLC,    PO Box 788,   Kirkland, WA  98083-0788
517544510      +E-mail/Text: bankruptcy@senexco.com Sep 20 2018 00:12:55      Senex Srvcs,   3333 Founders Road,
                 Indianapolis, IN 46268
517544516       E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:20:29      Syncb/strauss,   PO Box 965036,
                 Orlando, FL 32896-5036
517547471      +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:20:28      Synchrony Bank,
                 c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517544517      +E-mail/PDF: gecsedi@recoverycorp.com Sep 20 2018 00:20:29      Synchrony Bank/ JC Penneys,
                 Attn: Bankrupty,    Po Box 965060,   Orlando, FL 32896-5060
517544523      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 20 2018 00:12:50
                 Verizon,    500 Technology Dr Ste 30,    Weldon Spring, MO 63304-2225
517544522      +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Sep 20 2018 00:12:49
                 Verizon,    500 Technology Dr,   Weldon Spring, MO 63304-2225
517544526      +E-mail/Text: bnc-bluestem@quantum3group.com Sep 20 2018 00:14:43      Webbank/fingerhut,
                 6250 Ridgewood Rd,    Saint Cloud, MN 56303-0820
                                                                                                TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517544502*       Laboratory Corporation Of America,    PO Box 2240,   Burlington, NC 27216-2240
517544503*       Laboratory Corporation Of America,    PO Box 2240,   Burlington, NC 27216-2240
517605241*      +Santander Consumer USA Inc,   POB 961245,    fort Worth, TX 76161-0244
517544497      ##High Focus Centers,   299 Market St Ste 130,    Saddle Brook, NJ 07663-5321
                                                                                   TOTALS: 0, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                             Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 3 of 3            Date Rcvd: Sep 19, 2018
                              Form ID: 186             Total Noticed: 67
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    Toyota Motor Credit Corporation
               dcarlon@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Kevin Gordon McDonald    on behalf of Creditor    Toyota Motor Credit Corporation
               kmcdonald@kmllawgroup.com,  bkgroup@kmllawgroup.com
              Lee Martin Perlman    on behalf of Debtor Francis C. Potenza ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              Lee Martin Perlman    on behalf of Joint Debtor Inga R. Potenza ecf@newjerseybankruptcy.com,
               lmpcourt@gmail.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                             TOTAL: 6
```