Form 210B (12/09, as revised 1/4/17)

# United States Bankruptcy Court

### District Of New Jersey

In re <u>Francis C. & Inga R. Potenza</u>,    Case No. <u>18-20295</u>

### NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

Claim No. <u>4</u> (if known) was filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on <u>12/28/2018</u>.

<u>Wells Fargo Bank, N.A.</u>               <u>U.S. Bank National Association as Legal T</u>
Name of Alleged Transferor              Name of Transferee

Address of Alleged Transferor:          Address of Transferee:
1000 Blue Gentian Road                  Fay Servicing, LLC
N9286-01Y                               3000 Kellway Drive, Suite 150
Eagan, MN 55121-7700                    Carrollton, TX 75006

~~DEADLINE TO OBJECT TO TRANSFER~~

The alleged transferor of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: <u>1/7/2019</u>                     Jeanne A. Naughton
                                        **CLERK OF THE COURT**