Form 185 − ntc13plnafter

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

---

Case No.: 18−20295−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francis C. Potenza
608 Riverside Ave
Toms River, NJ 08757−1006

Inga R. Potenza
aka Inga Krifchin
608 Riverside Ave
Toms River, NJ 08757−1006

Social Security No.:
xxx−xx−6786                                         xxx−xx−5064

Employer's Tax I.D. No.:

---

**NOTICE OF FILING OF MODIFICATION OF PLAN AFTER CONFIRMATION
AND NOTICE OF HEARING THEREON**

Notice is hereby given that a Plan was confirmed in this matter on October 30, 2018.

On 11/11/2020 the debtor filed a modification to the Plan.

Accordingly, a hearing will be held before the Honorable Michael B. Kaplan on:

Date: December 15, 2020
Time: 10:00 AM
Location: Courtroom 8, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

Accordingly, notice is hereby given that,

1. Seven (7) days prior to the confirmation hearing is fixed as the last day for filing a written rejection to the modified plan.

2. Pursuant to 11 U.S.C. 1323 (c), if the Plan as modified changes the rights of the holder of a secure claim, such holders acceptance or rejection of the Plan before modification will be deemed acceptance or rejection of the Plan as modified, unless the holder changes such holders acceptance or rejection of the Plan within the time fixed.

3. **If, at the confirmation hearing, the Court determines that the plan is not confirmable, the debtor's case may be dismissed or converted.**

A copy of the modified Plan will follow this notice.

Dated: November 12, 2020
JAN: mjb

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:                                                                                               Case No. 18-20295-MBK
Francis C. Potenza                                                                         Chapter 13
Inga R. Potenza
    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin          Page 1 of 4
Date Rcvd: Nov 12, 2020          Form ID: 185          Total Noticed: 71

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Francis C. Potenza, Inga R. Potenza, 608 Riverside Ave, Toms River, NJ 08757-1006 |
| 517544472 | + | A-1 Collections Svc, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 517544473 | | Acupath Laboratories, 28 S Terminal Dr, Plainview, NY 11803-2309 |
| 517544474 | | Allaire Foot & Ankle, 2211 Route 88 E, Brick, NJ 08724-3271 |
| 517544477 | | Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 517544478 | + | Banfield Pet Hospital, 1331 Nixon Dr, Moorestown, NJ 08057-3249 |
| 517544479 | | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 517544480 | | Burlington Laboratories Inc, 199 Main St, Burlington, VT 05401-8309 |
| 517544481 | + | Cap1/bstby, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 517544483 | + | Citibank/Best Buy, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517544488 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 517544495 | | Genoscientific LLC, 5755 Hoover Blvd, Tampa, FL 33634-5340 |
| 517544496 | | Hamilton Surgery Center, LLC, 1445 Whitehorse Mercerville Rd Ste 101, Trenton, NJ 08619-3834 |
| 517544497 | | High Focus Centers, 299 Market St Ste 130, Saddle Brook, NJ 07663-5321 |
| 517544498 | | Hilltop Nursery School, 1917 Rt 37 W, Toms River, NJ 08757-2374 |
| 517544499 | + | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 517544501 | | Laboratory Corporation Of America, PO Box 2240, Burlington, NC 27216-2240 |
| 517544504 | + | Mark J. Schwitz, D.D.S., 4687 Highway 9 North, Howell, NJ 07731-3384 |
| 517544505 | | Medical Radiology Group, PO Box 11268, Lancaster, PA 17605-1268 |
| 517544507 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 517598597 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517841627 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517544508 | + | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 517544511 | # | Shore Imaging PC, 1166 River Ave Ste 102, Lakewood, NJ 08701-5600 |
| 517544512 | + | Slomins Inc., 125 Lauman Ln, Hicksville, NY 11801-6539 |
| 517544513 | | Sprinklers Sales & Service, PO Box 65, Lakehurst, NJ 08733-0065 |
| 517544515 | | Susskind & Almallah Eye Associates, 20 Mule Rd, Toms River, NJ 08755-5028 |
| 517544519 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517544518 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 517894721 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517588442 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517544520 | | Trenton Anesthesiology Associates PA, 416 Bellevue Ave, Trenton, NJ 08618-4513 |
| 517941529 | | U.S. Bank National Association as Legal Title Trus, POB 814609, Dallas, TX 75381-4609 |
| 518888674 | + | US Bank NA, Legal Trustee for Truman 2016 SC6, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518888675 | + | US Bank NA, Legal Trustee for Truman 2016 SC6, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619, US Bank NA, Legal Trustee for Truman 201 c/o Rushmore Loan Management Services 92619-2708 |
| 517544521 | | Urology Care Alliance, Formerly University Urology Assoc Of NJ, 3131 Princeton Pike Ofc PK Bldg 4 Ste212, Lawrenceville, NJ |

Case 18-20295-MBK    Doc 49    Filed 11/14/20    Entered 11/15/20 00:20:46    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Nov 12, 2020 | Form ID: 185 | Total Noticed: 71 |

|  |  |  |
|---|---|---|
|  | 08648-2201 |  |
| 517544524 | + Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |  |
| 517544525 | Wachovia Mortgage/world Savings And Loan, Attn: Bankruptcy Dept.(T7419-015), PO Box 659558, San Antonio, TX 78265-9558 |  |
| 517588526 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |  |
| 517663843 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |  |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Nov 12 2020 23:45:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Nov 12 2020 23:45:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517544476 | Email/Text: bkrpt@retrievalmasters.com | Nov 12 2020 23:45:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 517544475 | Email/Text: ally@ebn.phinsolutions.com | Nov 12 2020 21:59:00 | Ally Financial, Attn: Bankruptcy Dept, PO Box 130424, Roseville, MN 55113-0004 |
| 517651272 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 00:13:37 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517544482 | + Email/Text: bankruptcy@cavps.com | Nov 12 2020 23:45:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 517664755 | + Email/Text: bncmail@w-legal.com | Nov 12 2020 23:45:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517544484 | Email/Text: documentfiling@lciinc.com | Nov 12 2020 21:58:00 | Comcast Bankruptcy Department, Attn: Jackie Gaynor, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2604 |
| 517544485 | Email/Text: ebn@rwjbh.org | Nov 12 2020 23:45:00 | Community Medical Center, PO Box 29969, New York, NY 10087-9969 |
| 517544486 | + Email/Text: bankruptcy@consumerportfolio.com | Nov 12 2020 23:45:00 | Consumer Portfolio Svc, Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 517544487 | + Email/PDF: creditonebknotifications@resurgent.com | Nov 13 2020 00:12:00 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 517544490 | Email/Text: bnc-bluestem@quantum3group.com | Nov 12 2020 23:46:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517544491 | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 00:11:54 | Ge Capital, PO Box 960061, Orlando, FL 32896-0061 |
| 517544492 | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 00:11:54 | Gecrb/ Old Navy, Attention: GEMB, PO Box 103104, Roswell, GA 30076-9104 |
| 517544493 | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 00:11:54 | Gecrb/jc Penny, Attention: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517544494 | Email/PDF: gecsedi@recoverycorp.com | Nov 13 2020 00:11:54 | Gemb/walmart, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517544500 | Email/Text: sbse.cio.bnc.mail@irs.gov | Nov 12 2020 23:44:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |
| 517662061 | Email/PDF: resurgentbknotifications@resurgent.com | Nov 13 2020 00:12:07 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517544506 | + Email/Text: bankruptcydpt@mcmcg.com | Nov 12 2020 23:45:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |

| Recip ID | | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 517673201 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2020 00:12:04 | | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 517673208 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 13 2020 00:12:04 | | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517615649 | | Email/Text: bnc-quantum@quantum3group.com Nov 12 2020 23:45:00 | | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517616507 | | Email/Text: bnc-quantum@quantum3group.com Nov 12 2020 23:45:00 | | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517544509 | + | Email/Text: bk-notification@sps-law.com Nov 12 2020 21:59:00 | | Schachter Portnoy, LLC, 3490 US Route 1, Princeton, NJ 08540-5920 |
| 517544510 | + | Email/Text: bankruptcy@senexco.com Nov 12 2020 21:58:00 | | Senex Srvcs, 3333 Founders Road, Indianapolis, IN 46268-4933 |
| 517544516 | | Email/PDF: gecsedi@recoverycorp.com Nov 13 2020 00:11:54 | | Syncb/strauss, PO Box 965036, Orlando, FL 32896-5036 |
| 517547471 | + | Email/PDF: gecsedi@recoverycorp.com Nov 13 2020 00:13:27 | | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517544517 | + | Email/PDF: gecsedi@recoverycorp.com Nov 13 2020 00:11:54 | | Synchrony Bank/ JC Penneys, Attn: Bankrupty, Po Box 965060, Orlando, FL 32896-5060 |
| 517544522 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 12 2020 21:58:00 | | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 517544523 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Nov 12 2020 21:58:00 | | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 517544526 | + | Email/Text: bnc-bluestem@quantum3group.com Nov 12 2020 23:46:00 | | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517544502 | * | Laboratory Corporation Of America, PO Box 2240, Burlington, NC 27216-2240 |
| 517544503 | * | Laboratory Corporation Of America, PO Box 2240, Burlington, NC 27216-2240 |
| 517544514 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 517605241 | *+ | Santander Consumer USA Inc, POB 961245, fort Worth, TX 76161-0244 |
| 517544489 | ##+ | Eastern Account System, 75 Glen Rd Ste 110, Sandy Hook, CT 06482-1175 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2020        Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Francis C. Potenza ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Inga R. Potenza ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 7