Form plncf13 − ntccnfpln13v27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 18−20295−MBK
Chapter: 13
Judge: Michael B. Kaplan

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Francis C. Potenza
608 Riverside Ave
Toms River, NJ 08757−1006

Inga R. Potenza
aka Inga Krifchin
608 Riverside Ave
Toms River, NJ 08757−1006

Social Security No.:
xxx−xx−6786

xxx−xx−5064

Employer's Tax I.D. No.:

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

NOTICE IS HEREBY GIVEN that an Order Confirming the Chapter 13 plan was entered on December 22, 2020.

Dated: December 22, 2020
JAN: bwj

Jeanne Naughton
Clerk

United States Bankruptcy Court

District of New Jersey

In re:  
Francis C. Potenza  
Inga R. Potenza  
    Debtor(s)

Case No. 18-20295-MBK  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3     User: admin     Page 1 of 4  
Date Rcvd: Dec 22, 2020     Form ID: plncf13     Total Noticed: 71

The following symbols are used throughout this certificate:  
**Symbol**     **Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 24, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Francis C. Potenza, Inga R. Potenza, 608 Riverside Ave, Toms River, NJ 08757-1006 |
| 517544472 | + | A-1 Collections Svc, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 517544473 | | Acupath Laboratories, 28 S Terminal Dr, Plainview, NY 11803-2309 |
| 517544474 | | Allaire Foot & Ankle, 2211 Route 88 E, Brick, NJ 08724-3271 |
| 517544477 | | Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 517544478 | + | Banfield Pet Hospital, 1331 Nixon Dr, Moorestown, NJ 08057-3249 |
| 517544479 | | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 517544480 | | Burlington Laboratories Inc, 199 Main St, Burlington, VT 05401-8309 |
| 517544481 | + | Cap1/bstby, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 517544483 | + | Citibank/Best Buy, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517544488 | ++ | DSNB MACY S, CITIBANK, 1000 TECHNOLOGY DRIVE MS 777, O FALLON MO 63368-2222 address filed with court:, Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 517544495 | | Genoscientific LLC, 5755 Hoover Blvd, Tampa, FL 33634-5340 |
| 517544496 | | Hamilton Surgery Center, LLC, 1445 Whitehorse Mercerville Rd Ste 101, Trenton, NJ 08619-3834 |
| 517544497 | | High Focus Centers, 299 Market St Ste 130, Saddle Brook, NJ 07663-5321 |
| 517544498 | | Hilltop Nursery School, 1917 Rt 37 W, Toms River, NJ 08757-2374 |
| 517544499 | + | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 517544501 | | Laboratory Corporation Of America, PO Box 2240, Burlington, NC 27216-2240 |
| 517544504 | + | Mark J. Schwitz, D.D.S., 4687 Highway 9 North, Howell, NJ 07731-3384 |
| 517544505 | | Medical Radiology Group, PO Box 11268, Lancaster, PA 17605-1268 |
| 517544507 | | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 517598597 | + | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517841627 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517544508 | + | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 517544511 | # | Shore Imaging PC, 1166 River Ave Ste 102, Lakewood, NJ 08701-5600 |
| 517544512 | + | Slomins Inc., 125 Lauman Ln, Hicksville, NY 11801-6539 |
| 517544513 | | Sprinklers Sales & Service, PO Box 65, Lakehurst, NJ 08733-0065 |
| 517544515 | | Susskind & Almallah Eye Associates, 20 Mule Rd, Toms River, NJ 08755-5028 |
| 517544519 | ++ | TOYOTA MOTOR CREDIT CORPORATION, PO BOX 8026, CEDAR RAPIDS IA 52408-8026 address filed with court:, Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517544518 | + | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 517894721 | | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517588442 | + | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517544520 | | Trenton Anesthesiology Associates PA, 416 Bellevue Ave, Trenton, NJ 08618-4513 |
| 517941529 | | U.S. Bank National Association as Legal Title Trus, POB 814609, Dallas, TX 75381-4609 |
| 518888674 | + | US Bank NA, Legal Trustee for Truman 2016 SC6, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518888675 | + | US Bank NA, Legal Trustee for Truman 2016 SC6, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619, US Bank NA, Legal Trustee for Truman 201 c/o Rushmore Loan Management Services 92619-2708 |
| 517544521 | | Urology Care Alliance, Formerly University Urology Assoc Of NJ, 3131 Princeton Pike Ofc PK Bldg 4 Ste212, Lawrenceville, NJ |

Case 18-20295-MBK    Doc 55    Filed 12/24/20    Entered 12/25/20 00:16:06    Desc Imaged
Certificate of Notice    Page 3 of 5

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Dec 22, 2020 | Form ID: plncf13 | Total Noticed: 71 |

| | | |
|---|---|---|
| | | 08648-2201 |
| 517544524 | + | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 517544525 | | Wachovia Mortgage/world Savings And Loan, Attn: Bankruptcy Dept.(T7419-015), PO Box 659558, San Antonio, TX 78265-9558 |
| 517588526 | | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-7700 |
| 517663843 | | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 40

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: usanj.njbankr@usdoj.gov | Dec 22 2020 21:35:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + Email/Text: ustpregion03.ne.ecf@usdoj.gov | Dec 22 2020 21:35:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517544476 | Email/Text: bkrpt@retrievalmasters.com | Dec 22 2020 21:35:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 517544475 | Email/Text: ally@ebn.phinsolutions.com | Dec 22 2020 21:33:00 | Ally Financial, Attn: Bankruptcy Dept, PO Box 130424, Roseville, MN 55113-0004 |
| 517651272 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2020 22:17:20 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517544482 | + Email/Text: bankruptcy@cavps.com | Dec 22 2020 21:35:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 517664755 | + Email/Text: bncmail@w-legal.com | Dec 22 2020 21:35:00 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517544484 | Email/Text: documentfiling@lciinc.com | Dec 22 2020 21:33:00 | Comcast Bankruptcy Department, Attn: Jackie Gaynor, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2604 |
| 517544485 | Email/Text: ebn@rwjbh.org | Dec 22 2020 21:36:00 | Community Medical Center, PO Box 29969, New York, NY 10087-9969 |
| 517544486 | + Email/Text: bankruptcy@consumerportfolio.com | Dec 22 2020 21:35:00 | Consumer Portfolio Svc, Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 517544487 | + Email/PDF: creditonebknotifications@resurgent.com | Dec 22 2020 22:21:15 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 517544490 | Email/Text: bnc-bluestem@quantum3group.com | Dec 22 2020 21:36:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517544491 | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 22:16:45 | Ge Capital, PO Box 960061, Orlando, FL 32896-0061 |
| 517544492 | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 22:20:44 | Gecrb/ Old Navy, Attention: GEMB, PO Box 103104, Roswell, GA 30076-9104 |
| 517544493 | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 22:24:59 | Gecrb/jc Penny, Attention: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517544494 | Email/PDF: gecsedi@recoverycorp.com | Dec 22 2020 22:16:45 | Gemb/walmart, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517544500 | Email/Text: sbse.cio.bnc.mail@irs.gov | Dec 22 2020 21:34:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |
| 517662061 | Email/PDF: resurgentbknotifications@resurgent.com | Dec 22 2020 22:25:48 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517544506 | + Email/Text: bankruptcydpt@mcmcg.com | Dec 22 2020 21:35:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |

| 517673201 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| --- | --- | --- | --- | --- |
| | | | Dec 22 2020 22:25:36 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 517673208 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | | |
| | | | Dec 22 2020 22:21:27 | Portfolio Recovery Associates, LLC, c/o Walmart Credit Card, POB 41067, Norfolk VA 23541 |
| 517615649 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 22 2020 21:34:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517616507 | | Email/Text: bnc-quantum@quantum3group.com | | |
| | | | Dec 22 2020 21:34:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517544509 | + | Email/Text: bk-notification@sps-law.com | | |
| | | | Dec 22 2020 21:33:00 | Schachter Portnoy, LLC, 3490 US Route 1, Princeton, NJ 08540-5920 |
| 517544510 | + | Email/Text: bankruptcy@senexco.com | | |
| | | | Dec 22 2020 21:33:00 | Senex Srvcs, 3333 Founders Road, Indianapolis, IN 46268-4933 |
| 517544516 | | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 22 2020 22:16:45 | Syncb/strauss, PO Box 965036, Orlando, FL 32896-5036 |
| 517547471 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 22 2020 22:16:45 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517544517 | + | Email/PDF: gecsedi@recoverycorp.com | | |
| | | | Dec 22 2020 22:24:59 | Synchrony Bank/ JC Penneys, Attn: Bankrupty, Po Box 965060, Orlando, FL 32896-5060 |
| 517544522 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Dec 22 2020 21:33:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 517544523 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | | |
| | | | Dec 22 2020 21:33:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 517544526 | + | Email/Text: bnc-bluestem@quantum3group.com | | |
| | | | Dec 22 2020 21:36:00 | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

TOTAL: 31

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
| --- | --- | --- |
| 517544502 | * | Laboratory Corporation Of America, PO Box 2240, Burlington, NC 27216-2240 |
| 517544503 | * | Laboratory Corporation Of America, PO Box 2240, Burlington, NC 27216-2240 |
| 517544514 | *P++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245, address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 517605241 | *+ | Santander Consumer USA Inc, POB 961245, fort Worth, TX 76161-0244 |
| 517544489 | ##+ | Eastern Account System, 75 Glen Rd Ste 110, Sandy Hook, CT 06482-1175 |

TOTAL: 0 Undeliverable, 4 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 24, 2020            Signature:        /s/Joseph Speetjens

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 22, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Francis C. Potenza ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Inga R. Potenza ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 8