| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Francis C. Potenza<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–6786<br>EIN   _ _ – _ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | Inga R. Potenza<br>First Name    Middle Name    Last Name | Social Security number or ITIN   xxx–xx–5064<br>EIN   _ _ – _ _ _ _ _ _ _ |
| United States Bankruptcy Court    District of New Jersey | | |
| Case number:   18–20295–MBK | | |

## Order of Discharge                                                                 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

    Francis C. Potenza                              Inga R. Potenza
                                                                    aka Inga Krifchin

<u>6/26/23</u>                                                  **By the court:** <u>Michael B. Kaplan</u>
                                                                                                            United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**

Examples of debts that are not discharged are:

    ♦ debts that are domestic support obligations;

    ♦ debts for most student loans;

    ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

**For more information, see page 2>**

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 18-20295-MBK |
| Francis C. Potenza | Chapter 13 |
| Inga R. Potenza | |
|     Debtors | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-3 | User: admin | Page 1 of 5 |
| Date Rcvd: Jun 26, 2023 | Form ID: 3180W | Total Noticed: 71 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++     Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

\#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

\#\#     Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 28, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | | Francis C. Potenza, Inga R. Potenza, 608 Riverside Ave, Toms River, NJ 08757-1006 |
| 517544472 | + | A-1 Collections Svc, 101 Grovers Mill Rd Ste, Lawrenceville, NJ 08648-4706 |
| 517544473 | | Acupath Laboratories, 28 S Terminal Dr, Plainview, NY 11803-2309 |
| 517544474 | | Allaire Foot & Ankle, 2211 Route 88 E, Brick, NJ 08724-3271 |
| 517544477 | | Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 517544478 | + | Banfield Pet Hospital, 1331 Nixon Dr, Moorestown, NJ 08057-3249 |
| 517544481 | + | Cap1/bstby, 50 Northwest Point Road, Elk Grove Village, IL 60007-1032 |
| 517544495 | | Genoscientific LLC, 5755 Hoover Blvd, Tampa, FL 33634-5340 |
| 517544496 | | Hamilton Surgery Center, LLC, 1445 Whitehorse Mercerville Rd Ste 101, Trenton, NJ 08619-3834 |
| 517544497 | | High Focus Centers, 299 Market St Ste 130, Saddle Brook, NJ 07663-5321 |
| 517544498 | | Hilltop Nursery School, 1917 Rt 37 W, Toms River, NJ 08757-2374 |
| 517544504 | + | Mark J. Schwitz, D.D.S., 4687 Highway 9 North, Howell, NJ 07731-3384 |
| 517544505 | # | Medical Radiology Group, PO Box 11268, Lancaster, PA 17605-1268 |
| 517544514 | ++ | STATE OF NEW JERSEY, DIVISION OF TAXATION BANKRUPTCY UNIT, PO BOX 245, TRENTON NJ 08646-0245 address filed with court:, State of New Jersey, PO Box 283, Trenton, NJ 08602 |
| 517841627 | | STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, DIVISION OF TAXATION, P.O. BOX 245, TRENTON, NJ 08695-0245 |
| 517544512 | + | Slomins Inc., 125 Lauman Ln, Hicksville, NY 11801-6539 |
| 517544513 | | Sprinklers Sales & Service, PO Box 65, Lakehurst, NJ 08733-0065 |
| 517544515 | | Susskind & Almallah Eye Associates, 20 Mule Rd, Toms River, NJ 08755-5028 |
| 517544520 | | Trenton Anesthesiology Associates PA, 416 Bellevue Ave, Trenton, NJ 08618-4513 |
| 517544521 | | Urology Care Alliance, Formerly University Urology Assoc Of NJ, 3131 Princeton Pike Ofc PK Bldg 4 Ste212, Lawrenceville, NJ 08648-2201 |

TOTAL: 20

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 26 2023 20:53:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 26 2023 20:53:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517544476 | | Email/Text: bkrpt@retrievalmasters.com | Jun 26 2023 20:53:00 | AMCA, PO Box 1235, Elmsford, NY 10523-0935 |
| 517544475 | | EDI: GMACFS.COM | Jun 27 2023 00:46:00 | Ally Financial, Attn: Bankruptcy Dept, PO Box 130424, Roseville, MN 55113-0004 |

| Recipient ID | | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| 517544477 | ^ | MEBN | Jun 26 2023 20:51:12 | Apex Asset Management, PO Box 5407, Lancaster, PA 17606-5407 |
| 517651272 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2023 21:00:27 | Ashley Funding Services, LLC its successors and, assigns as assignee of Laboratory, Corporation of America Holdings, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517544479 | | EDI: TSYS2 | Jun 27 2023 00:46:00 | Barclays Bank Delaware, Attn: Bankruptcy, PO Box 8801, Wilmington, DE 19899-8801 |
| 517544482 | + | Email/Text: bankruptcy@cavps.com | Jun 26 2023 20:53:00 | Cavalry Portfolio Serv, Po Box 27288, Tempe, AZ 85285-7288 |
| 517664755 | ^ | MEBN | Jun 26 2023 20:50:05 | Cerastes, LLC, C O WEINSTEIN & RILEY, PS, 2001 WESTERN AVENUE, STE 400, SEATTLE, WA 98121-3132 |
| 517544483 | + | EDI: CITICORP.COM | Jun 27 2023 00:46:00 | Citibank/Best Buy, Centralized Bankruptcy, Po Box 790034, St Louis, MO 63179-0034 |
| 517544484 | | EDI: COMCASTCBLCENT | Jun 27 2023 00:46:00 | Comcast Bankruptcy Department, Attn: Jackie Gaynor, 401 White Horse Rd Ste 2, Voorhees, NJ 08043-2604 |
| 517544485 | | Email/Text: ebn@rwjbh.org | Jun 26 2023 20:53:00 | Community Medical Center, PO Box 29969, New York, NY 10087-9969 |
| 517544486 | + | Email/Text: bankruptcy@consumerportfolio.com | Jun 26 2023 20:53:00 | Consumer Portfolio Svc, Attn: Bankruptcy, PO Box 57071, Irvine, CA 92619-7071 |
| 517544487 | + | Email/PDF: creditonebknotifications@resurgent.com | Jun 26 2023 21:00:28 | Credit One Bank, PO Box 98872, Las Vegas, NV 89193-8872 |
| 517544488 | + | EDI: CITICORP.COM | Jun 27 2023 00:46:00 | Dsnb Macys, 9111 Duke Blvd, Mason, OH 45040 |
| 517544489 | ^ | MEBN | Jun 26 2023 20:50:06 | Eastern Account System, 75 Glen Rd Ste 110, Sandy Hook, CT 06482-1175 |
| 517544490 | | EDI: BLUESTEM | Jun 27 2023 00:52:00 | Fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 517544491 | | EDI: RMSC.COM | Jun 27 2023 00:46:00 | Ge Capital, PO Box 960061, Orlando, FL 32896-0061 |
| 517544492 | | EDI: RMSC.COM | Jun 27 2023 00:46:00 | Gecrb/ Old Navy, Attention: GEMB, PO Box 103104, Roswell, GA 30076-9104 |
| 517544493 | | EDI: RMSC.COM | Jun 27 2023 00:46:00 | Gecrb/jc Penny, Attention: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517544494 | | EDI: RMSC.COM | Jun 27 2023 00:46:00 | Gemb/walmart, Attn: Bankruptcy, PO Box 103104, Roswell, GA 30076-9104 |
| 517544499 | + | EDI: LCIICSYSTEM | Jun 27 2023 00:46:00 | IC System, PO Box 64378, Saint Paul, MN 55164-0378 |
| 517544500 | | EDI: IRS.COM | Jun 27 2023 00:46:00 | Internal Revenue Service, PO Box 21126, Philadelphia, PA 19114-0326 |
| 517544501 | | Email/Text: govtaudits@labcorp.com | Jun 26 2023 20:52:00 | Laboratory Corporation Of America, PO Box 2240, Burlington, NC 27216-2240 |
| 517662061 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 26 2023 21:00:29 | LVNV Funding, LLC its successors and assigns as, assignee of MHC Receivables, LLC and, FNBM, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 517544506 | + | Email/Text: bankruptcydpt@mcmcg.com | Jun 26 2023 20:53:00 | Midland Funding, 8875 Aero Dr Ste 200, San Diego, CA 92123-2255 |
| 517673201 | | EDI: PRA.COM | Jun 27 2023 00:46:00 | Portfolio Recovery Associates, LLC, c/o Old Navy, POB 41067, Norfolk VA 23541 |
| 517673208 | | EDI: PRA.COM | Jun 27 2023 00:46:00 | Portfolio Recovery Associates, LLC, c/o Walmart |

Case 18-20295-MBK    Doc 69    Filed 06/28/23    Entered 06/29/23 00:13:38    Desc Imaged
Certificate of Notice    Page 5 of 7

| District/off: 0312-3 | User: admin | Page 3 of 5 |
|---|---|---|
| Date Rcvd: Jun 26, 2023 | Form ID: 3180W | Total Noticed: 71 |

| | | | |
|---|---|---|---|
| 517615649 | EDI: Q3G.COM | | Credit Card, POB 41067, Norfolk VA 23541 |
| | | Jun 27 2023 00:46:00 | Quantum3 Group LLC as agent for, Sadino Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517616507 | EDI: Q3G.COM | Jun 27 2023 00:46:00 | Quantum3 Group LLC as agent for, MOMA Funding LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 517544507 | Email/Text: BankruptcyMail@questdiagnostics.com | Jun 26 2023 20:53:00 | Quest Diagnostics, PO Box 740775, Cincinnati, OH 45274-0775 |
| 517598597 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2023 20:53:00 | SANTANDER CONSUMER USA, P.O. Box 560284, Dallas, TX 75356-0284 |
| 517544508 | + Email/Text: enotifications@santanderconsumerusa.com | Jun 26 2023 20:53:00 | Santander Consumer USA, Po Box 961245, Fort Worth, TX 76161-0244 |
| 517544509 | + Email/Text: bk-notification@sps-law.com | Jun 26 2023 20:52:00 | Schachter Portnoy, LLC, 3490 US Route 1, Princeton, NJ 08540-5920 |
| 517544510 | + Email/Text: bankruptcy@senexco.com | Jun 26 2023 20:52:00 | Senex Srvcs, 3333 Founders Road, Indianapolis, IN 46268-4933 |
| 517544516 | EDI: RMSC.COM | Jun 27 2023 00:46:00 | Syncb/strauss, PO Box 965036, Orlando, FL 32896-5036 |
| 517547471 | + EDI: RMSC.COM | Jun 27 2023 00:46:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 517544517 | + EDI: RMSC.COM | Jun 27 2023 00:46:00 | Synchrony Bank/ JC Penneys, Attn: Bankrupty, Po Box 965060, Orlando, FL 32896-5060 |
| 517544519 | Email/Text: TFS_Agency_Bankruptcy@toyota.com | Jun 26 2023 20:52:00 | Toyota Motor Credit Co, Toyota Financial Services, PO Box 8026, Cedar Rapids, IA 52408-8026 |
| 517544518 | + EDI: WTRRNBANK.COM | Jun 27 2023 00:46:00 | Td Bank Usa/targetcred, Po Box 673, Minneapolis, MN 55440-0673 |
| 517588442 | + Email/Text: ToyotaBKNotices@nationalbankruptcy.com | Jun 26 2023 20:52:00 | Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 517894721 | Email/PDF: bncnotices@becket-lee.com | Jun 26 2023 21:00:30 | Toyota Motor Credit Corporation, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 517941529 | ^ MEBN | Jun 26 2023 20:50:51 | U.S. Bank National Association as Legal Title Trus, POB 814609, Dallas, TX 75381-4609 |
| 518888674 | + Email/Text: flyersprod.inbound@axisai.com | Jun 26 2023 20:52:00 | US Bank NA, Legal Trustee for Truman 2016 SC6, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619-2708 |
| 518888675 | + Email/Text: flyersprod.inbound@axisai.com | Jun 26 2023 20:52:00 | US Bank NA, Legal Trustee for Truman 2016 SC6, c/o Rushmore Loan Management Services, P.O. Box 52708, Irvine, CA 92619, US Bank NA, Legal Trustee for Truman 201, c/o Rushmore Loan Management Services 92619-2708 |
| 517544522 | + EDI: VERIZONCOMB.COM | Jun 27 2023 00:46:00 | Verizon, 500 Technology Dr, Weldon Spring, MO 63304-2225 |
| 517544523 | + EDI: VERIZONCOMB.COM | Jun 27 2023 00:46:00 | Verizon, 500 Technology Dr Ste 30, Weldon Spring, MO 63304-2225 |
| 517544524 | + EDI: CITICORP.COM | Jun 27 2023 00:46:00 | Visa Dept Store National Bank, Attn: Bankruptcy, Po Box 8053, Mason, OH 45040-8053 |
| 517544525 | EDI: WFFC.COM | Jun 27 2023 00:52:00 | Wachovia Mortgage/world Savings And Loan, Attn: Bankruptcy Dept.(T7419-015), PO Box 659558, San Antonio, TX 78265-9558 |
| 517544526 | + EDI: BLUESTEM | Jun 27 2023 00:52:00 | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |

Case 18-20295-MBK    Doc 69    Filed 06/28/23    Entered 06/29/23 00:13:38    Desc Imaged
Certificate of Notice    Page 6 of 7

| District/off: 0312-3 | User: admin | Page 4 of 5 |
|---|---|---|
| Date Rcvd: Jun 26, 2023 | Form ID: 3180W | Total Noticed: 71 |

| 517588526 | + EDI: WFFC2 | Jun 27 2023 00:46:00 | Wells Fargo Bank, N.A., Default Document Processing, N9286-01Y, 1000 Blue Gentian Road, Eagan, MN 55121-1663 |
| 517663843 | Email/PDF: bncnotices@becket-lee.com | Jun 26 2023 21:00:42 | eCAST Settlement Corporation, PO Box 29262, New York NY 10087-9262 |

TOTAL: 52

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 517544502 | *P++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270, address filed with court:, Laboratory Corporation Of America, PO Box 2240, Burlington, NC 27216-2240 |
| 517544503 | *P++ | LABORATORY CORPORATION OF AMERICA, ATTN GOVERNMENT AUDITS, PO BOX 2270, BURLINGTON NC 27216-2270, address filed with court:, Laboratory Corporation Of America, PO Box 2240, Burlington, NC 27216-2240 |
| 517605241 | *+ | Santander Consumer USA Inc, POB 961245, fort Worth, TX 76161-0244 |
| 517544480 | ## | Burlington Laboratories Inc, 199 Main St, Burlington, VT 05401-8309 |
| 517544511 | ## | Shore Imaging PC, 1166 River Ave Ste 102, Lakewood, NJ 08701-5600 |

TOTAL: 0 Undeliverable, 3 Duplicate, 2 Out of date forwarding address

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 28, 2023    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 26, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Albert Russo | docs@russotrustee.com |
| Denise E. Carlon | on behalf of Creditor Toyota Motor Credit Corporation dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com |
| Emmanuel J. Argentieri | on behalf of Creditor U.S. Bank National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust bk@rgalegal.com |
| Kevin Gordon McDonald | on behalf of Creditor Toyota Motor Credit Corporation kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com |
| Lee Martin Perlman | on behalf of Debtor Francis C. Potenza ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| Lee Martin Perlman | on behalf of Joint Debtor Inga R. Potenza ecf@newjerseybankruptcy.com mcdoherty@ecf.courtdrive.com;hspivak@ecf.courtdrive.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

District/off: 0312-3 User: admin Page 5 of 5
Date Rcvd: Jun 26, 2023 Form ID: 3180W Total Noticed: 71

TOTAL: 8